IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AL JABBAR SALAM,
ADC #091534                                                                                    PLAINTIFF

V.                           CASE NO. 4:20-cv-462-JM-BD

BLAND, *et al*.                                                                                DEFENDANTS

## ORDER

Magistrate Judge Beth Deere has recommended that Defendants Powell, Gibson, and Payne be dismissed from this lawsuit. Mr. Salam has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, claims against Defendants Powell, Gibson, and Payne are DISMISSED, without prejudice.

IT IS SO ORDERED, this 26th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE