IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AL JABBAR SALAM,**
**ADC #091534**                                                                                         **PLAINTIFF**

**V.**                         **CASE NO. 4:20-cv-462-JM-BD**

**ESTELLA BLAND,** *et al*.                                                                              **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for partial summary judgment (Doc. No. 13) is GRANTED. Mr. Salam's claims are limited to claims against Defendant Bland regarding improperly changing his medications raised in grievances VU-17-00840 and VU-18-00386; and claims against Defendant Parker for failing to take corrective action raised in grievance VU-18-00386.

IT IS SO ORDERED this 15th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE