IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AL JABBAR SALAM,**
**ADC #091534**                                          **PLAINTIFF**

**V.**                 **CASE NO. 4:20-CV-462-JM-BD**

**ESTELLA BLAND,** *et al.*                                     **DEFENDANTS**

## **ORDER**

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Salam's motions for preliminary injunctive relief (Doc. No. 21) is DENIED.

IT IS SO ORDERED this 13th day of October, 2020.

                                                     UNITED STATES DISTRICT JUDGE