IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AL JABBAR SALAM,**
**ADC #091534**                                                                                      **PLAINTIFF**

V.                           CASE NO. 4:20-CV-462-JM-BD

**ESTELLA BLAND,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the Recommendation as this Court's findings in all respects. The Defendant' motion to dismiss (Doc. No. 47) is GRANTED. Mr. Salam's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 22nd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE