IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AL JABBAR SALAM,**
**ADC #091534**                                                                                                            **PLAINTIFF**

**V.**                   **CASE NO. 4:20-CV-462-JM-BD**

**ESTELLA BLAND,** *et al.*                                                                          **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 22nd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE